United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Erik Wong, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-20826-Civ-Scola |
| | ) | |
| Perimeter International, Inc, | ) | |
| Defendant. | ) | |

### Final Default Judgment

This matter comes before the Court on Plaintiff's Motion for Entry of Final Judgment (Mot., ECF No. 18) and the Court's order granting default judgment (Order Granting Def. J., ECF No. 19). Pursuant to Federal Rule of Civil Procedure 58, the Court enters this separate final default judgment against Defendant Perimeter International, Inc, and in favor of the Plaintiff. Accordingly, for good cause shown, it is hereby **ORDERED and ADJUDGED** as follows:

1. Final Default Judgment is hereby entered in favor of the Plaintiff, Erik Wong, and against the Defendant, Perimeter International, Inc, in the amount of **$154,123.20**, calculated as follows, for which let execution issue:
    a. Unpaid wages in the amount of $76,835.60;
    b. Liquidated damages in the amount of $76,835.60; and
    c. Costs in the amount of $452.00.
2. Interest upon this judgment amount will accrue at the applicable legal rate pursuant to 28 U.S.C. § 1961.
3. The Clerk is directed to **close** this matter. Any pending motions are **denied as moot**.

**Done and ordered** in Miami, Florida, on June 8, 2023.

Robert N. Scola, Jr.
United States District Judge